# In the United States Court of Federal Claims

No. 11-724T

(Filed: August 26, 2014)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| | * |
| SEHAT SUTARDJA and WEILI DAI, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On July 2, 2014, the Court issued an order extending discovery (Dkt. No. 93). As part of that order, the Court scheduled a telephonic status conference for September 3, 2014 at 2:00 PM. On August 25, 2014, the parties filed a stipulation with respect to judgment that disposes of the case. Accordingly, the September 3 status conference has been canceled.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge